Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LAURENE E. HINSON | CV 06-515-BR |
| Plaintiff, | |
| v. | ORDER GRANTING ATTORNEYS' FEES UNDER 42 U.S.C. § 406(b) |
| MICHAEL J. ASTRUE<br>Commissioner of Social Security, | |
| Defendant. | |

Attorneys' fees in the amount of $8,466.50 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds that this is a reasonable fee in light of the circumstances in this case. Upon receipt of the $8,466.50 from the Commissioner, Plaintiff's attorney will refund to Plaintiff $3,760.17 the amount previously awarded under the Equal Access to Justice Act (EAJA) 29 USC § 2412. *Plaintiff's unopposed motion (#26) is granted.*

DATED this 6th day of Dec, 2007.

_____
United States District Judge

Presented by:

/s/ Alan Graf
Alan Graf
Of Attorneys for Plaintiff

ORDER GRANTING ATTORNEYS' FEES